# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Hank Shane Gilbert, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00159-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Andrew Saul, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2020 Order.

January 14, 2020

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court